# CERTIFICATE OF SERVICE

I, John Bramley, do swear and affirm that I have served a signed copy of this Petition for Restraining Order and Order to any and all defendants by way of U.S.P.S. Certified mail # _____ and return receipt, regular mail, and via facsimile # _____, and noticed by telephone On the 22 day of October, 2010..

*[signature]*

John Bramley
20 Cedar Street Lane
Sparta, NJ 07871

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*[signature]* 11/1/10

**NOTARY PUBLIC IN AND FOR THE STATE OF NEW JERSEY**

CARLOS A. GARCIA
NOTARY PUBLIC OF NEW JERSEY
I.D. # 2396398
My Commission Expires 5/11/2015

Notary Seal