-7805/af
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Plaintiff
200 Sheffield Street, Suite 101
Mountainside, NJ  07092-0024
1-908-233-8500

| | | |
|---|---|---|
| John Bramley, | : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CASE NO. 10-57261 (DMC) |
| Plaintiff, | : | |
| vs. | : | Civil Action |
| | : | |
| Mortgage Access Corp. d/b/a Weichert | : | ANSWER |
| Financial Services and Dovenmuehle | : | |
| Mortgage, Inc. | : | |
| . | : | |
| Defendant(s) | | |

Defendant, Mortgage Access Corp, d/b/a/ Weichert Financial Services, A New Jersey Corporation (hereinafter "Defendant"), by way of Answer to the Complaint filed by John Bramley says:

## PARTIES

Defendant denies that its principal place of business is 225 Littleton Road, Morris Plains, NJ 07950. Defendant lacks sufficient knowledge to form a belief as to the other allegations in this section, and leaves the Plaintiff to his proofs.

## STATEMENT OF CAUSE

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

## IN BRIEF

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

## CAREFULLY CRAFTED CRIMINAL CONNIVANCE

*THE BEST OF INTENTIONS*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *HOW IT WORKS*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### PETITIONER WILL PROVE THE FOLLOWING

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required. Further, Defendant leaves Plaintiff to his proofs.

### PETITIONER SEEKS REMEDY

Plaintiff is not entitled to any remedy. Defendant demands judgment dismissing the complaint in its entirety with prejudice and with fees and costs awarded to the Defendant for the defense of this action.

### *PETITIONER HAS BEEN HARMED*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### STATEMENT OF CLAIM

#### *DEFENDANTS LACK STANDING*

##### No evidence of Contractual Obligation

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

##### No Proper Evidence of Agency

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### Special Purpose Vehicle

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *CRIMINAL CONSPIRACY AND THEFT*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *AGENT PRACTICED UP-SELLING*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *FRAUDULENT INDUCEMENT*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *EXTRA PROFIT ON SALE OF PREDATORY LOAN PRODUCT*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### Extra Commission for Late Payments

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### Extra Income for Handling Foreclosure

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### Credit Default Swap Gambling

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *LENDER ATTEMPING TO FRAUDULENTLY COLLECT ON VOID LIEN*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *LENDER PROFIT BY CREDIT DEFAULT SWAP DERIVATIVES*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *LENDER CHARGED FALSE FEES*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *RESPA PENALTY*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *LENDER CONSPIRED WITH APPRAISER*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *LENDER CONSPIRED WITH TRUSTEE*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *DECEPTIVE ADVERTISING AND OTHER UNFAIR BUSINESS PRACTICES*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *EQUITABLE TOLLING FOR TILA AND RESPA*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *BUSINESS PRACTICES CONCERNING DISREGARDING OF UNDERWRITING STANDARDS*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

#### Low-Documentation/No-Documentation Loans.

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

#### Easing of Underwriting Standards

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

#### Risk Layering

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *UNJUST ENRICHMENT*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *CLAIM TO QUIET TITLE.*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *SUFFICIENCY OF PLEADING*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

## CAUSES OF ACTION

### *BREACH OF FIDUCIARY DUTY*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *CAUSE OF ACTION – NEGLIGENCE/NEGLIGENCE PER SE*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### **AGENT: COMMON LAW FRAUD**

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *PETITIONER PROPERLY AVERRED A CLAIM FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING.*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *CAUSE OF ACTION VIOLATION OF TRUTH IN LENDING ACT 15 U.S.C. SECTION 1601 ET SEQ*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### *INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS*

Defendant denies the allegations contained in this section of the Complaint, to the extent the same are directed at, or relate to, Defendant. To the extent that the allegations in this section of the Complaint are not directed at, or relate to, Defendant, no response is required.

### **PRAYER**

**WHEREFORE**, Defendant demands judgment dismissing the complaint in its entirety with prejudice and with fees and costs awarded to the Defendant for the defense of this action.

                          ZUCKER, GOLDBERG & ACKERMAN, LLC


                          By_____/s/ Douglas J. McDonough_____
                                  Douglas J. McDonough

Dated:  March 8, 2011