**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOSEPH A. DICKSON**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT STREET**<br>**NEWARK, NJ 07101**<br>**(973) 645-2580** |

Date: 3/14/11

**LETTER ORDER PURSUANT TO RULE 16.1**

Re:   Case Name: **John Bramley v. Mortgage Access Corp.**
         **Civil Action No. 10-5726 (DMC)**

Dear Litigants:

   A scheduling conference shall be conducted before the undersigned on 5/9//11  at 2:00 p.m. in Courtroom 5A, Martin Luther King Courthouse Building, 50 Walnut Street, Newark, NJ.  See Fed. R. Civ. P. 16.1 and L. Civ. R. 16.1(a).

   The early disclosure requirements of Fed. R. Civ. P. 26 will be discussed at the conference and enforced.

   At the conference with the Court, all parties who are not appearing pro se must be represented by counsel who shall have full authority to bind their client in all pretrial matters.

   The parties must advise this Court immediately if this action has been settled or terminated so the above conference may be cancelled.

   Failure to comply with the terms herein may result in the imposition of sanctions.

   **SO ORDERED**.

                                                                  s/ Joseph A. Dickson
                                                               **Joseph A. Dickson**
                                                               **United States Magistrate Judge**

cc: Hon. Dennis M. Cavanaugh, USDJ